## Madeira's Appeal.

Evidence held sufficient to show that money received by father from son was intended as a gift.

(Decided February 8, 1886.)

From a decree of the Orphans' Court of Philadelphia County. Affirmed.

*William S. Wallace* and *James W. M. Newlin* for appellant.

*Hood Gilpin* and *John G. Johnson* for appellee.

PER CURIAM:

There certainly was evidence that the money received by the father from the son was intended as gifts. The purpose was to assist the father in supporting himself and family. The auditing judge so found, and the finding was confirmed by the court. No sufficient cause is shown for reversing that finding, or the conclusion of the court.

Decree affirmed and appeal dismissed, at the costs of the appellant.